ACCEPTED
15-24-00120-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/23/2025 10:54 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00120-CV**

# In the Fifteenth Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/23/2025 10:54:22 AM
CHRISTOPHER A. PRINE
Clerk

**State of Texas,**

**Appellant,**

*v.*

**Harris County, Texas, et al.,**

**Appellees.**

On Appeal from the 165th District Court, Harris County, Texas
Cause No. 2024-22320, Hon. Ursula Hall, Presiding Judge

## Joint Motion to Vacate and Dismiss

Ken Paxton
Brent Webster
Benjamin W. Mendelson
State Bar No. 24106297
Ben.Mendelson@oag.texas.gov
**Office of the**
**Attorney General**
P.O. Box 12548 (MC 059)
Austin, Texas 78711
Phone: (512) 936-1700

*Counsel for Appellant*

Grant B. Martinez
State Bar No. 24104118
gmartinez@yettercoleman.com
Justin P. Tschoepe
Lily E. Hann
**Yetter Coleman LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
Phone: (713) 632-8000

*Counsel for Appellees*

To the Honorable Fifteenth Court of Appeals:

Pursuant to Rules of Appellate Procedure 42.1(a)(2)(A) and 43.2(e), Appellant and Appellees (collectively, the "Parties") jointly request that the Court vacate the trial court's final judgment and related orders and dismiss the case without prejudice.

On June 12, 2025, the Harris County Commissioners Court voted to terminate and reallocate funds from Harris County's Community Prosperity Program, which is the program at issue in this case and which is the successor to the Uplift Harris program at issue in related case No. 15-24-00061-CV. That decision is being implemented, pending ministerial work. Both Uplift Harris and the Community Prosperity Program will be closed out and the funds for both programs will be reallocated. As a result, the cases are potentially moot.

In any event, the Parties have agreed to vacatur of the trial court's final judgment and related orders—including the denial of the motion for temporary injunction, the grant of the plea to the jurisdiction, and the grant of the motion to show authority—and to dismissal of the case without prejudice. The Parties agree that each side shall bear its respective attorney's fees and costs.

The parties respectfully request that the Court reinstate the appeal and render judgment effectuating the parties' agreement. Tex. R. App. P. 42.1(a)(2)(A),

43.2(e); *see, e.g.*, *Denton Transitional LTCH, L.P. v. Dallas Metro Surgery Ctr., LLC*, 2021 WL 388591, at *1 (Tex. App.—Houston [14th Dist.] 2021, no pet.) (per curiam) (vacating trial court's judgment and dismissing case).

## Conclusion & Prayer

For these reasons, the Parties request that the Court reinstate the appeal, grant this motion, vacate the trial court's final judgment and related orders, and dismiss the case without prejudice.

Dated: July 23, 2025

Respectfully submitted,

*/s/ Benjamin W. Mendelson*

*/s/ Grant B. Martinez*

Ken Paxton

Grant B. Martinez

Brent Webster

State Bar No. 24104118

Benjamin Mendelson

gmartinez@yettercoleman.com

State Bar No. 24106297

Justin P. Tschoepe

Ben.Mendelson@oag.texas.gov

State Bar 24079480

**Office of the Attorney General**

jtschoepe@yettercoleman.com

P.O. Box 12548 (MC 059)

Lily E. Hann

Austin, Texas 78711

State Bar No. 24133836

Phone: (512) 936-1700

lhann@yettercoleman.com

**Yetter Coleman LLP**

***Attorneys for Appellant***

811 Main Street, Suite 4100

Houston, Texas 77002

Phone: (713) 632-8000

Christian D. Menefee

Harris County Attorney

Tiffany S. Bingham

Managing Counsel

Affirmative & Special Litigation Division

State Bar No. 24012287

Tiffany.Bingham@harriscountytx.gov

Edward D. Swidriski III

Assistant Harris County Attorney

State Bar No. 24083929

Edward.Swidriski@harriscountytx.gov

**Office of The Harris County Attorney**

1019 Congress Plaza, 15th Floor

Houston, Texas 77002

Phone: (713) 274-5101

***Attorneys for Appellees***

**Certificate of Service**

I hereby certify that a true and correct copy of this document was served on all counsel of record in this case, identified below, on July 23, 2025, electronically through the electronic filing manager in compliance with the Texas Rules of Appellate Procedure:

Grant B. Martinez
gmartinez@yettercoleman.com
Justin P. Tschoepe
jtschoepe@yettercoleman.com
Lily E. Hann
lhann@yettercoleman.com
**Yetter Coleman LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
Phone: (713) 632-8000

Tiffany S. Bingham
Tiffany.Bingham@harriscountytx.gov
Edward D. Swidriski III
Edward.Swidriski@harriscountytx.gov
**Office of The Harris County Attorney**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Phone: (713) 274-5101

*Counsel for Appellees*

/s/ *Benjamin W. Mendelson*
Benjamin W. Mendelson

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Ben Mendelson
Bar No. 24106297
nancy.villarreal@oag.texas.gov
Envelope ID: 103478608
Filing Code Description: Motion
Filing Description: 20250723 Community Prosperity Joint Motion to Vacate_Final
Status as of 7/23/2025 11:03 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Delonda Dean | | ddean@yettercoleman.com | 7/23/2025 10:54:22 AM | SENT |
| Lisa Prince | | lprince@yettercoleman.com | 7/23/2025 10:54:22 AM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 7/23/2025 10:54:22 AM | SENT |
| Edward Swidriski | 24083929 | Edward.Swidriski@harriscountytx.gov | 7/23/2025 10:54:22 AM | SENT |
| Athena Leyton | | athena.leyton@oag.texas.gov | 7/23/2025 10:54:22 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 7/23/2025 10:54:22 AM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 7/23/2025 10:54:22 AM | SENT |
| Grant Martinez | | gmartinez@yettercoleman.com | 7/23/2025 10:54:22 AM | SENT |
| Lily Hann | | lhann@yettercoleman.com | 7/23/2025 10:54:22 AM | SENT |
| Tiffany Bingham | | tiffany.bingham@harriscountytx.gov | 7/23/2025 10:54:22 AM | SENT |
| Justin Tschoepe | | justin.tschoepe@yettercoleman.com | 7/23/2025 10:54:22 AM | SENT |

Associated Case Party: Harris County, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 7/23/2025 10:54:22 AM | SENT |
| Jonathan Fombonne | 24102702 | jonathan.fombonne@harriscountytx.gov | 7/23/2025 10:54:22 AM | SENT |
| Eleanor Matheson | 24131490 | Eleanor.matheson@harriscountytx.gov | 7/23/2025 10:54:22 AM | SENT |
| Andrea Mintzer | | Andrea.Mintzer@harriscountytx.gov | 7/23/2025 10:54:22 AM | SENT |
| Christian Menefee | 24088049 | christian.menefee@harriscountytx.gov | 7/23/2025 10:54:22 AM | SENT |
| Ryan Cooper | 24123649 | Ryan.Cooper@harriscountytx.gov | 7/23/2025 10:54:22 AM | SENT |

Associated Case Party: The State of Texas

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Ben Mendelson
Bar No. 24106297
nancy.villarreal@oag.texas.gov
Envelope ID: 103478608
Filing Code Description: Motion
Filing Description: 20250723 Community Prosperity Joint Motion to Vacate_Final
Status as of 7/23/2025 11:03 AM CST

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 7/23/2025 10:54:22 AM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 7/23/2025 10:54:22 AM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 7/23/2025 10:54:22 AM | SENT |